### Lacy *v.* Fairman.—In error.

*Monday,
December* 8.

THE failure of a justice of the peace, in the case of an appeal, to file the papers in the clerk's office in time, is no cause for dismissing the appeal. R. S. 1843, p. 892.

The filing of an appeal-bond with the transcript, &c., in the clerk's office by the justice, in the case of such appeal, is *prima facie* evidence that he had approved of the bond.